**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04946-SPS |
| | § | |
| DINO HODZIC | § | |
| MERSIHA HODZIC | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/29/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/01/2012          By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04946-SPS |
| | § | |
| DINO HODZIC | § | |
| MERSIHA HODZIC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $2,600.23
*and approved disbursements of*     $20.88
*leaving a balance on hand of[1]:*     $2,579.35

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,579.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $650.06 | $0.00 | $650.06 |
| David P. Leibowitz, Trustee Expenses | $12.86 | $0.00 | $12.86 |

Total to be paid for chapter 7 administrative expenses:     $662.92
Remaining balance:     $1,916.43

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

                                                 Remaining balance:            $1,916.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are: NONE

                                  Total to be paid to priority claims:            $0.00
                                                           Remaining balance:            $1,916.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,747.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Nordstrom fsb | $1,329.52 | $0.00 | $69.33 |
| 2 | Discover Bank | $12,509.43 | $0.00 | $652.38 |
| 3 | Total Dentistry | $231.04 | $0.00 | $12.05 |
| 4 | Chase Bank USA, N.A. | $3,015.47 | $0.00 | $157.26 |
| 5 | Absolute Resolutions Corp./CARSONS | $311.26 | $0.00 | $16.23 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | $8,652.57 | $0.00 | $451.24 |
| 7 | American InfoSource LP as agent for Orchard/Hsbc Mastercard | $288.77 | $0.00 | $15.06 |
| 8 | Capital Recovery III LLC/ CITIBANK - mastercard | $6,162.30 | $0.00 | $321.37 |
| 9 | FIA Card Services, NA/Bank of America | $4,247.41 | $0.00 | $221.51 |

                      Total to be paid to timely general unsecured claims:            $1,916.43

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |
|---|---|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-04946-SPS
Dino Hodzic                                                               Chapter 7
Mersiha Hodzic
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko          Page 1 of 3          Date Rcvd: Feb 07, 2012
                              Form ID: pdf006         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2012.
```
db/jdb       #+Dino Hodzic,    Mersiha Hodzic,    91 Lance Dr.,    Des Plaines, IL 60016-2817
17305847     +Absolute Resolutions Corp.,    P.O. Box 880306,    San Diego, CA 92168-0306
16791785     +Amcore Bank NA,    501 7th St.,    Rockford, IL 61104-1299
17371902      American InfoSource LP as agent for,    RJM Acquisitions, LLC as assignee of,
               Orchard/Hsbc Mastercard,    PO Box 268850,    Oklahoma City, OK  73126-8850
16791786     +BAC Home Loans,    450 American St., SV416,    Simi Valley, CA 93065-6285
16791788     +Capital One,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
16791789     +Carsons Pirie Scott/HSBC,    P.O. Box 5253,    Carol Stream, IL 60197-5253
16791790     +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
17198098      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16791791     +City Of Des Plaines,    1420 Miner Street,    Des Plaines, IL 60016-4498
16791793      Firstsource Financial Solutions, LLC,    P.O. Box 33009,    Phoenix, AZ  85067-3009
16791796     +HSBC Menard's,    P.O. Box 5253,    Carol Stream, IL 60197-5253
16791795     +Harris Bank,    3800 Golf Rd., Ste 300,    Roling Meadows, IL 60008-4005
16791782     +Hodzic Dino,    91 Lance Dr,    Des Plaines, IL 60016-2817
16791784     +Idrizi & Associates,    1300 W Higgins Rd 115,    Park Ridge, IL 60068-5766
16791801     +Pierce & Assocs.,    1 N. Dearborn, 1300,    Chicago, IL 60602-4321
16791802     +Santander Consumer USA,    P.O. Box 961245,    Ft. Worth, TX 76161-0244
16791803     +Sears/CBSD,    701 E. 60th St. Nort,    Sioux Falls, SD 57104-0432
16791804     +Sunrise Credit Services,    234 Airport Plaza Blvd., Ste 4,    Farmingdale, NY 11735-3938
16791805     +Total Dentistry,    647 First Bank Dr.,    Palatine, IL 60067-8111
16791806     +Universal Card/Citibank,    P.O. Box 44167,    Jacksonville, FL 32231-4167
16791807     +Wells Fargo Financial,    800 Walnut St.,    Des Moines, IA 50309-3891
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17484581      E-mail/PDF: rmscedi@recoverycorp.com Feb 08 2012 08:19:01      Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17078328      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2012 08:18:50      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16791792     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2012 08:18:50      Discover Financial Svcs LLC,
               P.O. Box 15316,    Wilmington, DE 19850-5316
17507155      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2012 08:18:11
               FIA Card Services, NA/Bank of America,    and MBNA America Bank NA,
               by American InfoSource LP as its agent,    PO Box 248809,    Oklahoma City, OK  73124-8809
16791794      E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2012 08:18:57      GEMB/Walmart,    P.O. Box 965024,
               Orlando, FL  32896-5024
16791797     +E-mail/PDF: cr-bankruptcy@kohls.com Feb 08 2012 08:28:10      Kohls/Chase,    P.O. Box 3115,
               Milwaukee, WI 53201-3115
16791798      E-mail/Text: resurgentbknotifications@resurgent.com Feb 08 2012 08:01:26      LVNV Funding LLC,
               P.O. Box 10584,    Greenville, SC  29603-0584
16791799     +E-mail/Text: brenden.magnino@mcmcg.com Feb 08 2012 08:02:31      Midland Credit Mgmt.,
               8875 Aero Dr., Ste. 2,    San Diego, CA 92123-2255
16791800     +E-mail/Text: bnc@nordstrom.com Feb 08 2012 08:02:11      Nordstrom FSB,    P.O. Box 13589,
               Scottsdale, AZ 85267-3589
17077687     +E-mail/Text: bnc@nordstrom.com Feb 08 2012 08:02:11      Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
17348258     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 08 2012 08:01:26
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16791808     +E-mail/Text: BKRMailOps@weltman.com Feb 08 2012 08:04:26      Weltman, Weinberg & Reis,
               180 N. LaSalle, Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16791783*    +Mersiha Hodzic,    91 Lance Dr,    Des Plaines, IL 60016-2817
16791787    ##+Bank Of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lkorotko              Page 2 of 3            Date Rcvd: Feb 07, 2012
                              Form ID: pdf006             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2012**                              **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1          User: lkorotko            Page 3 of 3            Date Rcvd: Feb 07, 2012
                              Form ID: pdf006           Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Jeffrey E Miszczyszyn    on behalf of Debtor Dino Hodzic jeffmisz@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                    TOTAL: 3

Case 11-04946   Doc 38   Filed 02/07/12   Entered 02/09/12 23:47:04   Desc Imaged
Certificate of Notice   Page 7 of 7