UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-04946-SPS |
| | § | |
| DINO HODZIC | § | |
| MERSIHA HODZIC | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $211,600.00 | Assets Exempt: | $27,498.01 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,916.43 | Claims Discharged Without Payment: | $73,205.65 |
| Total Expenses of Administration: | $683.80 | | |

3) Total gross receipts of $2,600.23 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,600.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $327,307.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $683.80 | $683.80 | $683.80 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $68,717.15 | $36,747.77 | $36,747.77 | $1,916.43 |
| **Total Disbursements** | $396,024.15 | $37,431.57 | $37,431.57 | $2,600.23 |

4). This case was originally filed under chapter 7 on 02/09/2011. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2012   By:  /s/ David P. Leibowitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2000 Freightliner Century Conventional | 1129-000 | $2,600.00 |
| Interest Earned | 1270-000 | $0.23 |
| **TOTAL GROSS RECEIPTS** | | $2,600.23 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans | 4110-000 | $317,799.00 | NA | $0.00 | $0.00 |
| | BAC Home Loans | 4110-000 | $9,508.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $327,307.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $650.06 | $650.06 | $650.06 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $12.86 | $12.86 | $12.86 |
| Green Bank | 2600-000 | NA | $20.88 | $20.88 | $20.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $683.80 | $683.80 | $683.80 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-900 | $1,329.00 | $1,329.52 | $1,329.52 | $69.33 |
| 2 | Discover Bank | 7100-900 | $12,509.00 | $12,509.43 | $12,509.43 | $652.38 |
| 3 | Total Dentistry | 7100-000 | $188.84 | $231.04 | $231.04 | $12.05 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $3,015.00 | $3,015.47 | $3,015.47 | $157.26 |
| 5 | Absolute Resolutions Corp./CARSONS | 7100-900 | $311.00 | $311.26 | $311.26 | $16.23 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | 7100-900 | $8,455.00 | $8,652.57 | $8,652.57 | $451.24 |
| 7 | American InfoSource LP as agent for Orchard/Hsbc Mastercard | 7100-900 | $288.00 | $288.77 | $288.77 | $15.06 |
| 8 | Capital Recovery III LLC/ CITIBANK - mastercard | 7100-900 | NA | $6,162.30 | $6,162.30 | $321.37 |
| 9 | FIA Card Services, NA/Bank of America | 7100-900 | $4,247.00 | $4,247.41 | $4,247.41 | $221.51 |
| | Amcore Bank NA | 7100-000 | $967.00 | NA | NA | $0.00 |
| | Amcore Bank NA | 7100-000 | $512.00 | NA | NA | $0.00 |
| | Capital One | 7100-000 | $1,619.00 | NA | NA | $0.00 |
| | Chase Bank USA | 7100-000 | $1,163.00 | NA | NA | $0.00 |
| | City Of Des Plaines | 7100-000 | $202.96 | NA | NA | $0.00 |
| | Firstsource Financial Solutions, LLC | 7100-000 | $807.35 | NA | NA | $0.00 |
| | GEMB/Walmart | 7100-000 | $179.00 | NA | NA | $0.00 |
| | Harris Bank | 7100-000 | $512.00 | NA | NA | $0.00 |
| | Harris Bank | 7100-000 | $883.00 | NA | NA | $0.00 |
| | HSBC Menard's | 7100-000 | $1,206.00 | NA | NA | $0.00 |
| | Kohls/Chase | 7100-000 | $1,109.00 | NA | NA | $0.00 |
| | LVNV Funding LLC | 7100-000 | $6,140.00 | NA | NA | $0.00 |
| | Midland Credit Mgmt. | 7100-000 | $2,481.00 | NA | NA | $0.00 |
| | Midland Credit Mgmt. | 7100-000 | $377.00 | NA | NA | $0.00 |
| | Midland Credit Mgmt. | 7100-000 | $1,658.00 | NA | NA | $0.00 |
| | Santander | 7100-000 | $10,793.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Consumer USA |  |  |  |  |  |
| Santander Consumer USA | 7100-000 | $4,960.00 | NA | NA | $0.00 |
| Sears/CBSD | 7100-000 | $1,770.00 | NA | NA | $0.00 |
| Wells Fargo Financial | 7100-000 | $1,035.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $68,717.15 | $36,747.77 | $36,747.77 | $1,916.43 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 11-04946-SPS | |
| **Case Name:** | HODZIC, DINO AND HODZIC, MERSIHA | |
| **For the Period Ending:** | 6/11/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 02/09/2011 (f) |
| **§341(a) Meeting Date:** | 03/29/2011 |
| **Claims Bar Date:** | 07/05/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Single family home located at 91 Lance Dr., Des Plaines, IL (Value as of 02/08/2011) | $209,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Harris checking account, 2347 | $1,913.62 | $0.00 | DA | $0.00 | FA |
| 3  TCF checking account, 6117. | $122.59 | $0.00 | DA | $0.00 | FA |
| 4  Miscellaneous household goods. | $250.00 | $0.00 | DA | $0.00 | FA |
| 5  Debtors' wardrobes. | $200.00 | $0.00 | DA | $0.00 | FA |
| 6  Vanguard Retirement Plan. Value as of 12/31/2010 | $17,861.80 | $0.00 | DA | $0.00 | FA |
| 7  1997 Chevy Lumina | $750.00 | $0.00 | DA | $0.00 | FA |
| 8  2000 Freightliner Century Conventional | $9,000.00 | $2,600.00 | DA | $2,600.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | DA | $0.23 | FA |

**TOTALS (Excluding unknown value)**

| | | | |
|---|---|---|---|
| $239,098.01 | $2,600.00 | | **Gross Value of Remaining Assets** |
| | | $2,600.23 | $0.00 |

**Major Activities affecting case closing:**
TFR completed for Trustee's review.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 11-04946-SPS | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HODZIC, DINO AND HODZIC, MERSIHA | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******0772 | | **Checking Acct #:** | ******4601 |
| **Co-Debtor Taxpayer ID #:** | ******0773 | | **Account Title:** | DDA |
| **For Period Beginning:** | 2/9/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/11/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,600.23 | | $2,600.23 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.81 | $2,599.42 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.65 | $2,595.77 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.18 | $2,591.59 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.31 | $2,587.28 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.90 | $2,583.38 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.03 | $2,579.35 |
| 03/01/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $12.86 | $2,566.49 |
| 03/01/2012 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $650.06 | $1,916.43 |
| 03/01/2012 | 5003 | Nordstrom fsb | Claim #: 1; Amount Claimed: 1,329.52; Amount Allowed: 1,329.52; Distribution Dividend: 5.22; | 7100-900 | | $69.33 | $1,847.10 |
| 03/01/2012 | 5004 | Discover Bank | Claim #: 2; Amount Claimed: 12,509.43; Amount Allowed: 12,509.43; Distribution Dividend: 5.22; | 7100-900 | | $652.38 | $1,194.72 |
| 03/01/2012 | 5005 | Total Dentistry | Claim #: 3; Amount Claimed: 231.04; Amount Allowed: 231.04; Distribution Dividend: 5.22; | 7100-000 | | $12.05 | $1,182.67 |
| 03/01/2012 | 5006 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 3,015.47; Amount Allowed: 3,015.47; Distribution Dividend: 5.22; | 7100-900 | | $157.26 | $1,025.41 |
| 03/01/2012 | 5007 | Absolute Resolutions Corp./CARSONS | Claim #: 5; Amount Claimed: 311.26; Amount Allowed: 311.26; Distribution Dividend: 5.22; | 7100-900 | | $16.23 | $1,009.18 |
| 03/01/2012 | 5008 | PYOD LLC its successors and assigns as assignee of | Claim #: 6; Amount Claimed: 8,652.57; Amount Allowed: 8,652.57; Distribution Dividend: 5.22; | 7100-900 | | $451.24 | $557.94 |
| 03/01/2012 | 5009 | American InfoSource LP as agent for Orchard/Hsbc | Claim #: 7; Amount Claimed: 288.77; Amount Allowed: 288.77; Distribution Dividend: 5.22; | 7100-900 | | $15.06 | $542.88 |
| 03/01/2012 | 5010 | Capital Recovery III LLC/ CITIBANK - mastercard | Claim #: 8; Amount Claimed: 6,162.30; Amount Allowed: 6,162.30; Distribution Dividend: 5.22; | 7100-900 | | $321.37 | $221.51 |
| 03/01/2012 | 5011 | FIA Card Services, NA/Bank of America | Claim #: 9; Amount Claimed: 4,247.41; Amount Allowed: 4,247.41; Distribution Dividend: 5.22; | 7100-900 | | $221.51 | $0.00 |

**SUBTOTALS** $2,600.23 $2,600.23

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04946-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HODZIC, DINO AND HODZIC, MERSIHA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******0772 | Checking Acct #: | ******4601 |
| Co-Debtor Taxpayer ID #: | ******0773 | Account Title: | DDA |
| For Period Beginning: | 2/9/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,600.23 | $2,600.23 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2,600.23 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,600.23 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,600.23 | |

**For the period of 2/9/2011 to 6/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,600.23 |
| | |
| Total Compensable Disbursements: | $2,600.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,600.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 6/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,600.23 |
| | |
| Total Compensable Disbursements: | $2,600.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,600.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04946-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HODZIC, DINO AND HODZIC, MERSIHA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0772 | Money Market Acct #: | ******4946 |
| Co-Debtor Taxpayer ID #: | ******0773 | Account Title: | |
| For Period Beginning: | 2/9/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/19/2011 | (8) | Dino & Mershiha Hodzic | | 1129-000 | $2,600.00 | | $2,600.00 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.02 | | $2,600.02 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.11 | | $2,600.13 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.10 | | $2,600.23 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,600.23 | $0.00 |
| | | | **TOTALS:** | | $2,600.23 | $2,600.23 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,600.23 | |
| | | | Subtotal | | $2,600.23 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,600.23 | $0.00 | |

**For the period of 2/9/2011 to 6/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,600.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,600.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,600.23 |

**For the entire history of the account between 04/19/2011 to 6/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,600.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,600.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,600.23 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-04946-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | HODZIC, DINO AND HODZIC, MERSIHA | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******0772 | **Money Market Acct #:** ******4946 |
| **Co-Debtor Taxpayer ID #:** | ******0773 | **Account Title:** |
| **For Period Beginning:** | 2/9/2011 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/11/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,600.23 | $2,600.23 | $0.00 |

**For the period of 2/9/2011 to 6/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,600.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,600.23 |
| Total Internal/Transfer Receipts: | $2,600.23 |
| | |
| Total Compensable Disbursements: | $2,600.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,600.23 |
| Total Internal/Transfer Disbursements: | $2,600.23 |

**For the entire history of the case between 02/09/2011 to 6/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,600.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,600.23 |
| Total Internal/Transfer Receipts: | $2,600.23 |
| | |
| Total Compensable Disbursements: | $2,600.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,600.23 |
| Total Internal/Transfer Disbursements: | $2,600.23 |